UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MICHAEL SPENCER, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-00635-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| GLEN WHORTON, et al., ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#87[1]) entered on February 5, 2009, in which the Magistrate Judge recommends that the Plaintiff's Motion for Preliminary Injunction; and/or Temporary Protective Order; and Temporary Restraining Order (#48) be denied. No objection has been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

---

[1]Refers to court's docket number.

ADOPTS AND ACCEPTS the Report and Recommendation of U.S. Magistrate Judge (#87); therefore, Plaintiff's Motion for Preliminary Injunction and/or Temporary Protective Order; and Temporary Restraining Order (#48) is denied.

IT IS SO ORDERED.

DATED this 4th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2