1

2

3

4          UNITED STATES DISTRICT COURT

5              DISTRICT OF NEVADA

6                  * * * * *

7    MICHAEL S. SPENCER, *et al.*,          )
                                            )
8                  Plaintiffs,              )        3:07-cv-00635-LRH (VPC)
                                            )
9    v.                                     )
                                            )        ORDER
10   GLEN WHORTON, *et al.*,                )
                                            )
11                 Defendants.              )
     _____   )

12

13        Before this Court is the Report and Recommendation of United States Magistrate Judge Valerie

14   P. Cooke (#193) entered on April 26, 2010, in which the Magistrate Judge recommends that plaintiffs'

15   motion for class certification (#128) should be denied.

16        The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

17   memoranda of the parties and other relevant matters of record and has made a determination in

18   accordance with the requirements of 28 U.S.C. § 636 (b)(1)(B) and Local Rule IB 1-4, and good cause

19   appearing, the Court hereby

20        ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate

21   Judge (#193); therefore, plaintiffs' motion for class certification (#128) is denied.

22        IT IS SO ORDERED.

23        DATED this 19th day of May, 2010.

24

25                                          _____
                                            LARRY R. HICKS
26                                          UNITED STATES DISTRICT JUDGE