UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL SPENCER, | ) | 3:07-CV-0635-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 11, 2010 |
| | ) | |
| GLEN WHORTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for separate defense counsel due to conflict of interest (#204) is **DENIED**.

Plaintiff's request for enlargement of time to respond to defendants' motion for judgment (#218) is **GRANTED in part**. Plaintiff shall have to and including **Monday, June 28, 2010** to file an opposition to defendants' motion for summary judgment. Plaintiff is cautioned that **no further extensions of time will be granted**. If plaintiff fails to file a timely opposition, defendants' motion will be considered unopposed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk