# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL SPENCER, et al., | ) | 3:07-CV-0635-LRH (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 30, 2010 |
| GLEN WHORTON, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for leave of court to file supplemental brief re motion for summary judgment (#251) is **GRANTED**. Defendants shall have to and including **Monday, August 9, 2010** to file a supplement not to exceed five pages in length. Plaintiff shall have to and including **Monday, August 23, 2010** to file a response not to exceed five pages in length. No reply shall be permitted.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
        Deputy Clerk