# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL SPENCER, et al.,

    Plaintiffs,

vs.

GLEN WHORTON, et al.,

    Defendants.

3:07-CV-0635-LRH (VPC)

**MINUTES OF THE COURT**

September 28, 2010

*[FILED stamp: SEP 30 2010, CLERK US DISTRICT COURT, DISTRICT OF NEVADA]*

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>LISA MANN</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING</u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    The District Court has entered orders (#s 276-285) which order that the Nevada Department of Corrections shall not collect or deduct any further payments from the settling plaintiffs' inmate trust accounts for the purpose of paying the balance remaining on the filing fees. *Id.* The court further ordered that filing fees collected since entry of the orders approving the stipulations dismissing those actions with prejudice shall not be refunded to the settling plaintiffs. *Id.* Therefore,

    **IT IS ORDERED** as follows:

1. Plaintiff Forest McGee's motions to enforce settlement agreement (#224) and for clarification (#267) are **DENIED as moot.**
2. Plaintiff Joseph Tracy's motion to enforce settlement agreement (#258) is **DENIED as moot.**
3. Plaintiff Lloyd Askins III's motion to enforce settlement agreement (#259) is **DENIED as moot**;
4. The Clerk shall **MAIL** a copy of this order to the dismissed plaintiffs listed in numbers 1-3 above.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
    Deputy Clerk