# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL S. SPENCER, | ) | 3:07-cv-00635-LRH-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | |
| vs. | ) | March 7, 2011 |
| | ) | |
| GLEN WHORTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Request for Clarification of Order #295 (#296[1]). The court reviewed the request and noted that indeed the court made a clerical error and entered the incorrect document number and entry date for the Report and Recommendation in that order.  Good cause appearing,

The clerk of the court shall strike the incorrect order (#295).

IT IS SO ORDERED.

                              LANCE S. WILSON, CLERK

                              By:         /s/
                                    Deputy Clerk

---

[1] Refers to court's docket number.