AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MICHAEL S. SPENCER,

       Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER:   3:07-cv-00635-LRH-VPC

GLEN WHORTON, et al.,

       Defendants.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants with prejudice.

  March 8, 2011                                       **LANCE S. WILSON**
     Date                                                    Clerk

                                                        /s/   M. Campbell
                                                              Deputy Clerk